**Honda Financial Services**

January 5, 2026

Marieann Greenberg
30 Two Bridges Rd Ste 330
Fairfield, NJ  07004-1550

## PROOF OF CLAIM WITHDRAWN

Re:  Jenrri Guadalupe-Suarez
    Retail Number: 469505669
    2023 Honda Pilot
    VIN:  5FNYG1H85PB019959
    Case Number: 2521567

Dear Marieann Greenberg:

American Honda Finance Corporation has withdrawn Proof of Claim Number 2-2, dated November 6, 2025 in the case number referenced above.

If you have any questions, associates are available to assist you at (866) 716-6444.

Sincerely,


Kelondra S.
**Honda Financial Services**
(866) 716-6444

Honda Financial Services is a DBA of American Honda Finance Corporation

hnpocwthdrw

Honda Financial Services, P.O. Box 168088, Irving, TX 75016-8088