Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  25–21567–VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Jenrri Fernando Guadalupe Suarez
aka Jenrri F. Guadalupe Suarez
67 Rossmore Place
Floor 2
Belleville, NJ 07109

Social Security No.:
xxx–xx–0523

Employer's Tax I.D. No.:

### NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on and a confirmation hearing on such Plan has been scheduled for .

The debtor filed a Modified Plan on 01/29/2026 and a confirmation hearing on the Modified Plan is scheduled for 3/5/2026 at 08:30 AM. Accordingly, notice is hereby given that,

1.  Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2.  Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3.  The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

A full copy of the modified Plan will follow this notice.

Dated: January 29, 2026
JAN: dlr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                          Case No. 25-21567-VFP

Jenrri Fernando Guadalupe Suarez                                                Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                          Page 1 of 3

Date Rcvd: Jan 29, 2026                       Form ID: 186                          Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Jenrri Fernando Guadalupe Suarez, 67 Rossmore Place, Floor 2, Belleville, NJ 07109-2615 |
| 520866657 | + | Attorney General United States, Department of Justice, Ben Franklin Station, P.O. Box 683, Washington, DC 20044-0683 |
| 520866658 | + | Belleville Tax Collector, 152 Washington Avenue, Belleville, NJ 07109-2589 |
| 520866661 | + | Deisy G. Guadalupe-Semanie, 67 Rossmore Place, Belleville, NJ 07109-2615 |
| 520866667 | + | Misael Recinos, 67 Rossmore Place, 1st Floor, Belleville, NJ 07109-2615 |
| 520866666 | + | Misael Recinos, 67 Rossmore Place, Belleville, NJ 07109-2615 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 29 2026 21:08:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 29 2026 21:08:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520866656 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 29 2026 21:08:00 | American Honda Finance, Attn: National Bankruptcy Center, Po Box 168088, Irving, TX 75016 |
| 520874129 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 29 2026 21:08:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 520866659 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 29 2026 21:10:33 | Capital One Bank Usa, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520942455 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 29 2026 21:10:48 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520866660 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 29 2026 21:10:57 | Citicards / Citibank North America, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 520866663 | | Email/Text: mrdiscen@discover.com | Jan 29 2026 21:07:00 | Discover Financial Services, Po Box 30954, Salt Lake City, UT 84130 |
| 520866662 | + | Email/Text: mrdiscen@discover.com | Jan 29 2026 21:07:00 | Discover Financial Services, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 520866664 | ^ | MEBN | Jan 29 2026 21:02:37 | Forth, Inc., 1900 E. Golf Road, Suite 550, Schaumburg, IL 60173-5870 |
| 520866665 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 29 2026 21:07:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520909766 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 29 2026 21:08:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520919400 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 29 2026 21:10:56 | LVNV Funding, LLC, Resurgent Capital Services, |

User: admin

Date Rcvd: Jan 29, 2026 Form ID: 186 Total Noticed: 39

|  |  |  |  |
|---|---|---|---|
|  |  |  | PO Box 10587, Greenville, SC 29603-0587 |
| 520866668 | + Email/Text: nsm_bk_notices@mrcooper.com | Jan 29 2026 21:07:00 | Mr. Cooper, PO Box 619094, Dallas 75261-9094 |
| 520930911 | Email/Text: nsm_bk_notices@mrcooper.com | Jan 29 2026 21:07:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Dept., PO Box 619096, Dallas TX 752619741 |
| 520905866 | Email/Text: bnc-quantum@quantum3group.com | Jan 29 2026 21:07:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520866669 | + Email/Text: bankruptcy@rubinrothman.com | Jan 29 2026 21:07:00 | Rubin & Rothman, LLC, 1787 Veterans Memorial Highway, Suite 32, Islandia, NY 11749-1500 |
| 520866671 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 29 2026 21:07:00 | State of New Jersey, Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, Po box 245, Trenton, NJ 08695 |
| 520866670 | + Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jan 29 2026 21:10:34 | Secretary of Housing and Urban Development, 451 Seventh Street, Washington, DC 20410-0002 |
| 520939070 | + Email/PDF: ebn_ais@aisinfo.com | Jan 29 2026 21:10:55 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520866672 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jan 29 2026 21:10:43 | Synchrony Bank / Amazon, Po Box 71727, Philadelphia, PA 19176-1727 |
| 520866673 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jan 29 2026 21:10:52 | Synchrony Bank/American Eagle, Po Box 71727, Philadelphia, PA 19176-1727 |
| 520866674 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jan 29 2026 21:10:51 | Synchrony Bank/Lowes, Po Box 71746, Philadelphia, PA 19176-1746 |
| 520866675 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 29 2026 21:10:58 | The Home Depot/Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 520961569 | + Email/Text: bankruptcynotices@sba.gov | Jan 29 2026 21:07:00 | U.S. Small Business Administration, 409 3rd Street, SW, Washington, DC 20416-0002 |
| 520866676 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 29 2026 21:08:00 | U.S. Bank , N.A., Cb Disputes, PO Box 108, Saint Louis, MO 63166 |
| 520872094 | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jan 29 2026 21:10:34 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520866677 | + Email/Text: usanj.njbankr@usdoj.gov | Jan 29 2026 21:08:00 | United States Attorney, Peter Rodino Federal Building, 970 Broad Street, Suite 700, Newark, NJ 07102-2527 |
| 520866678 | + Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | Jan 29 2026 21:10:53 | Wells Fargo Bank, N.A., Po Box 71092, Charlotte, NC 28272-1092 |
| 520929797 | + Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Jan 29 2026 21:10:53 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park MN 55426-4927 |
| 520926590 | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Jan 29 2026 21:10:33 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 520866679 | + Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Jan 29 2026 21:10:53 | Wells Fargo Card, Po Box 393, Minneapolis, MN 55480-0393 |
| 520866680 | + Email/Text: bkfilings@zwickerpc.com | Jan 29 2026 21:08:00 | Zwicker & Associates PC, 1020 Laurel Oak Road, Suite 303, Voorhees, NJ 08043-3518 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0312-2                                    User: admin                                    Page 3 of 3

Date Rcvd: Jan 29, 2026                                 Form ID: 186                                    Total Noticed: 39

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520961568 | *+ | Attorney General United States, Department of Justice, Ben Franklin Station, P.O. Box 683, Washington, DC 20044-0683 |
| 520961570 | *+ | United States Attorney, Peter Rodino Federal Building, 970 Broad Street, Suite 700, Newark, NJ 07102-2527 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Asaph Abrams | bkecfinbox@aldridgepite.com |
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jamal J Romero | on behalf of Debtor Jenrri Fernando Guadalupe Suarez jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;dwoody@scura.com;pevangelista@scura.com;amurphy@scura.com;MOueslati@scura.com;ralrehaili&#064 |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5