UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCURA, WIGFIELD, HEYER
STEVENS & CAMMAROTA, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
973-696-8391
Jamal J Romero, Esq.
Email: jromero@scura.com
Counsel for Debtor

In Re:

Jenrri Fernando Guadalupe Suarez,

Debtor.

| | |
|---|---|
| Case No.: | 25-21567-VFP |
| Chapter: | 13 |
| Adv. No.: | |
| Hearing Date: | |
| Judge: | VFP |

## CERTIFICATION OF SERVICE

1.  I, _Silvia Pereyra_                    :

☐  represent _____ in the this matter.

☒  am the secretary/paralegal for _SWHS&C, LLP_____, who represents

_Debtor_____ in the this matter.

☐  am the _____ in the this case and am representing myself.

2.      On _____February 2, 2026_____, I sent a copy of the following pleadings and/or documents
to the parties listed in the chart below.

Order Respecting Amendment to Schedule(s) List of Creditors (Dkt.23);
Notice of Chapter 13 Bankruptcy Case (Dkt.4); Chapter 13 Plan (Dkt.21);
Confirmation Hearing Scheduled (Dkt.24)

3.      I certify under penalty of perjury that the above documents were sent using the mode of service
indicated.

Date:   _February 2, 2026_____            /s/ Silvia Pereyra_____
                                                                                Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Chapter 13 Standing Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Jenrri Fernando Guadalupe Suarez<br>67 Rossmore Place<br>Floor 2<br>Belleville, NJ 07109 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Secretary of Housing and Urban Development<br>451 Seventh Street,<br>Washington, DC 20410 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| United States Attorney<br>Peter Rodino Federal Building<br>970 Broad Street, Suite 700<br>Newark, New Jersey 07102 | United States Attorney \| Notice | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Attorney General<br>United States Department of Justice<br>Ben Franklin Station<br>P.O. Box 683<br>Washington, DC 20044 | United States Attorney General \| Notice | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |