Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  25−21567−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jenrri Fernando Guadalupe Suarez
aka Jenrri F. Guadalupe Suarez
67 Rossmore Place
Floor 2
Belleville, NJ 07109

Social Security No.:
   xxx−xx−0523

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 6, 2026.

Dated: March 6, 2026
JAN: gml

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 25-21567-VFP |
|---|---|
| Jenrri Fernando Guadalupe Suarez | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 06, 2026 | Form ID: plncf13 | Total Noticed: 40 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jenrri Fernando Guadalupe Suarez, 67 Rossmore Place, Floor 2, Belleville, NJ 07109-2615 |
| 520866657 | + | Attorney General United States, Department of Justice, Ben Franklin Station, P.O. Box 683, Washington, DC 20044-0683 |
| 520866658 | + | Belleville Tax Collector, 152 Washington Avenue, Belleville, NJ 07109-2589 |
| 520866661 | + | Deisy G. Guadalupe-Semanie, 67 Rossmore Place, Belleville, NJ 07109-2615 |
| 520866667 | + | Misael Recinos, 67 Rossmore Place, 1st Floor, Belleville, NJ 07109-2615 |
| 520866666 | + | Misael Recinos, 67 Rossmore Place, Belleville, NJ 07109-2615 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 06 2026 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 06 2026 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520866656 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 06 2026 20:47:00 | American Honda Finance, Attn: National Bankruptcy Center, Po Box 168088, Irving, TX 75016 |
| 520874129 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 06 2026 20:47:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 520866659 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 06 2026 20:54:22 | Capital One Bank Usa, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520942455 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 06 2026 20:54:27 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520866660 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 06 2026 20:54:39 | Citicards / Citibank North America, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 520866663 | | Email/Text: mrdiscen@discover.com | Mar 06 2026 20:46:00 | Discover Financial Services, Po Box 30954, Salt Lake City, UT 84130 |
| 520866662 | + | Email/Text: mrdiscen@discover.com | Mar 06 2026 20:46:00 | Discover Financial Services, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 520866664 | ^ | MEBN | Mar 06 2026 20:39:43 | Forth, Inc., 1900 E. Golf Road, Suite 550, Schaumburg, IL 60173-5870 |
| 520866665 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 06 2026 20:47:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520909766 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 06 2026 20:47:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520919400 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 06 2026 20:54:25 | LVNV Funding, LLC, Resurgent Capital Services, |

District/off: 0312-2                          User: admin                                      Page 2 of 3
Date Rcvd: Mar 06, 2026                       Form ID: plncf13                          Total Noticed: 40

|  |  |  |  |
|---|---|---|---|
|  |  |  | PO Box 10587, Greenville, SC 29603-0587 |
| 520866668 | + Email/Text: nsm_bk_notices@mrcooper.com | Mar 06 2026 20:46:00 | Mr. Cooper, PO Box 619094, Dallas 75261-9094 |
| 520930911 | Email/Text: nsm_bk_notices@mrcooper.com | Mar 06 2026 20:46:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Dept., PO Box 619096, Dallas TX 752619741 |
| 520905866 | Email/Text: bnc-quantum@quantum3group.com | Mar 06 2026 20:47:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520866669 | + Email/Text: bankruptcy@rubinrothman.com | Mar 06 2026 20:46:00 | Rubin & Rothman, LLC, 1787 Veterans Memorial Highway, Suite 32, Islandia, NY 11749-1500 |
| 520866671 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 06 2026 20:46:00 | State of New Jersey, Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, Po box 245, Trenton, NJ 08695 |
| 520866670 | + Email/PDF: OGCRegionIIBankruptcy@hud.gov | Mar 06 2026 20:54:27 | Secretary of Housing and Urban Development, 451 Seventh Street, Washington, DC 20410-0002 |
| 520939070 | + Email/PDF: ebn_ais@aisinfo.com | Mar 06 2026 20:54:25 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520866672 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 06 2026 20:54:36 | Synchrony Bank / Amazon, Po Box 71727, Philadelphia, PA 19176-1727 |
| 520866673 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 06 2026 20:54:35 | Synchrony Bank/American Eagle, Po Box 71727, Philadelphia, PA 19176-1727 |
| 520866674 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 06 2026 20:54:46 | Synchrony Bank/Lowes, Po Box 71746, Philadelphia, PA 19176-1746 |
| 520866675 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 06 2026 20:54:39 | The Home Depot/Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 520961569 | + Email/Text: bankruptcynotices@sba.gov | Mar 06 2026 20:46:00 | U.S. Small Business Administration, 409 3rd Street, SW, Washington, DC 20416-0002 |
| 521017744 | + Email/Text: bankruptcynotices@sba.gov | Mar 06 2026 20:47:00 | U.S. Small Business Administration, New Jersey District Office, Two Gateway, Suite 1002, Newark, NJ 07102-5006 |
| 520866676 | Email/Text: USB_BNC_Emails@g2risksolutions.com | Mar 06 2026 20:47:00 | U.S. Bank , N.A., Cb Disputes, PO Box 108, Saint Louis, MO 63166 |
| 520872094 | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Mar 06 2026 20:54:27 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520866677 | + Email/Text: usanj.njbankr@usdoj.gov | Mar 06 2026 20:47:00 | United States Attorney, Peter Rodino Federal Building, 970 Broad Street, Suite 700, Newark, NJ 07102-2527 |
| 520866678 | + Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | Mar 06 2026 20:54:23 | Wells Fargo Bank, N.A., Po Box 71092, Charlotte, NC 28272-1092 |
| 520929797 | + Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Mar 06 2026 20:54:23 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park MN 55426-4927 |
| 520926590 | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Mar 06 2026 20:54:23 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 520866679 | + Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Mar 06 2026 20:54:49 | Wells Fargo Card, Po Box 393, Minneapolis, MN 55480-0393 |
| 520866680 | + Email/Text: bkfilings@zwickerpc.com | Mar 06 2026 20:47:00 | Zwicker & Associates PC, 1020 Laurel Oak Road, Suite 303, Voorhees, NJ 08043-3518 |

TOTAL: 34

District/off: 0312-2                              User: admin                              Page 3 of 3
Date Rcvd: Mar 06, 2026                           Form ID: plncf13                          Total Noticed: 40

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520961568 | \*+ | Attorney General United States, Department of Justice, Ben Franklin Station, P.O. Box 683, Washington, DC 20044-0683 |
| 520961570 | \*+ | United States Attorney, Peter Rodino Federal Building, 970 Broad Street, Suite 700, Newark, NJ 07102-2527 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2026                    Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Asaph Abrams | bkecfinbox@aldridgepite.com |
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jamal J Romero | on behalf of Debtor Jenrri Fernando Guadalupe Suarez jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;dwoody@scura.com;pevangelista@scura.com;amurphy@scura.com;MOueslati@scura.com;ralrehaili&#064 |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5