UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, NJ 07470
Email: jromero@scura.com
Jamal J. Romero, Esq.
Counsel to Debtor.

In Re:
 Jenrri Fernando Guadalupe Suarez
                                    Debtor.

Case No.: _____25-21567_____

Judge: _____VFP_____

Chapter:            13

Recommended Local Form:        ☑ Followed        ☐ Modified

**PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTION 1325(a)(8) AND (a)(9)**

I, _____Jenrri Fernando Guadalupe Suarez_____, upon my oath according to law, hereby certify as follows:

1.      The below information is being supplied for compliance with the Confirmation Hearing date on _____03/05/2026_____.

2.      The above named Debtor(s) has /have paid all post petition amounts that are required to be paid under any and all Domestic Support Obligations.

3.      The above named Debtor(s) has/have filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308.

4.    If the Confirmation hearing date stated in Paragraph 1 is adjourned for any reason, an updated Certification will be filed with the Court prior to any subsequent Confirmation hearing date in the event any of the information contained in this Certification changes.

I certify under penalty of perjury that the foregoing is true and correct.

DATED: 03/16/2026_____        /s/Jenrri F. Guadalupe Suarez__
                                         Signature of Debtor

DATED: _____        _____
                                         Signature of Joint Debtor

new.5/23/06;jml

2